B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Idaho | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**84-1382900** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**348 South 1300 West<br>Pingree, ID**<br>ZIP Code **83262** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bingham** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Brent T. Robinson 1932 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC** | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |
|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |
|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Brent T. Robinson**
Signature of Attorney for Debtor(s)

**Brent T. Robinson 1932**
Printed Name of Attorney for Debtor(s)

**Robinson, Anthon & Tribe**
Firm Name

**615 H Street**
**P.O. Box 396**
**Rupert, ID 83350-0396**
Address

**(208) 436-4717  Fax: (208) 436-6804**
Telephone Number

**April 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ronald C. Gentillon**
Signature of Authorized Individual

**Ronald C. Gentillon**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**April 21, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re: **Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bingham Co-Op<br>P.O. Box 887<br>Blackfoot, ID 83221-0887 | Bingham Co-Op<br>P.O. Box 887<br>Blackfoot, ID 83221-0887 | Trade Debt - Seed, Fertilizer, Fuel, Twine, Chemicals, Preservativies & Supplies | | 300,000.00 |
| Land View, Inc.<br>P.O. Box 475<br>Rupert, ID 83350-0475 | Land View, Inc.<br>P.O. Box 475<br>Rupert, ID 83350-0475 | Trade Debt - Mineral, Protien & Cotton Seed | | 252,039.71 |
| Cache Commodities<br>P.O. Box 387<br>Ogden, UT 84402-0387 | Cache Commodities<br>P.O. Box 387<br>Ogden, UT 84402-0387 | Feed & Supplies | | 167,000.00 |
| Twin Butte Dairy<br>% Ted Bingham<br>1656 West 200 North<br>Blackfoot, ID 83221 | Twin Butte Dairy<br>% Ted Bingham<br>1656 West 200 North<br>Blackfoot, ID 83221 | | | 164,880.00 |
| Snake River IBA<br>323 West 145 North<br>Idaho Falls, ID 83401 | Snake River IBA<br>323 West 145 North<br>Idaho Falls, ID 83401 | | | 149,578.00 |
| Intermountain Farmers Assoc<br>P.O. Box 30168<br>Salt Lake City, UT 84130 | Intermountain Farmers Assoc<br>P.O. Box 30168<br>Salt Lake City, UT 84130 | Bulk Dairy Feed | | 82,428.67 |
| Farm Plan<br>P.O. Box 5328<br>Madison, WI 53705-0328 | Farm Plan<br>P.O. Box 5328<br>Madison, WI 53705-0328 | Trade Debt - Parts & Repairs | | 67,449.65 |
| Animal Health Clinic<br>231 Rich Lane<br>Blackfoot, ID 83221 | Animal Health Clinic<br>231 Rich Lane<br>Blackfoot, ID 83221 | | | 38,030.87 |
| Larsen Farms<br>P.O. Box 358<br>Dubois, ID 83423 | Larsen Farms<br>P.O. Box 358<br>Dubois, ID 83423 | Trade Debt - Feed | | 37,078.26 |
| Rockin S Equipment<br>PO Box 127<br>San Ramon, CA 94583 | Rockin S Equipment<br>PO Box 127<br>San Ramon, CA 94583 | | | 36,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC   Case No.  _____
                                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CNH Capital<br>P.O. Box 1083<br>Evansville, IN 47706 | CNH Capital<br>P.O. Box 1083<br>Evansville, IN 47706 | Trade Debt - Equipment Repairs (Vantage and NH Credit) | | 35,455.69 |
| Shelley Dairy Service<br>PO Box 517<br>Pingree, ID 83262 | Shelley Dairy Service<br>PO Box 517<br>Pingree, ID 83262 | | | 35,093.83 |
| Frank Lampley<br>199 Springton Road<br>Glenmoore, PA 19343 | Frank Lampley<br>199 Springton Road<br>Glenmoore, PA 19343 | | | 29,721.79 |
| Key Bank<br>17 Corporate Woods Blvd<br>P.O. Box 22114<br>Albany, NY 12201-2114 | Key Bank<br>17 Corporate Woods Blvd<br>P.O. Box 22114<br>Albany, NY 12201-2114 | | | 29,000.00 |
| Bank of America<br>CA7-701-03-65<br>P.O. Box 2255<br>Brea, CA 92822-2255 | Bank of America<br>CA7-701-03-65<br>P.O. Box 2255<br>Brea, CA 92822-2255 | Trade Debt - Misc. Business and Operating Expenses | | 28,000.00 |
| Bingham County Treasurer and Tax Collector<br>501 North Maple #210<br>Blackfoot, ID 83221 | Bingham County Treasurer and Tax Collector<br>501 North Maple #210<br>Blackfoot, ID 83221 | | | 25,000.31 |
| Les Schwab Tires<br>990 West Bridge Street<br>Blackfoot, ID 83221 | Les Schwab Tires<br>990 West Bridge Street<br>Blackfoot, ID 83221 | Trade Debt - Tires & Repairs | | 24,098.55 |
| Agco Finance LLC<br>P.O. Box 2000<br>Johnston, IA 50131-0020 | Agco Finance LLC<br>P.O. Box 2000<br>Johnston, IA 50131-0020 | | | 19,240.00 |
| 20th Century Ford Chrysler<br>P.O. Box 988<br>Blackfoot, ID 83221-0988 | 20th Century Ford Chrysler<br>P.O. Box 988<br>Blackfoot, ID 83221-0988 | | | 18,804.10 |
| Chase<br>Attn: Bankruptcy Department<br>PO Box 100018<br>Kennesaw, GA 30156 | Chase<br>Attn: Bankruptcy Department<br>PO Box 100018<br>Kennesaw, GA 30156 | | | 17,748.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC                Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 21, 2010**            Signature  **/s/ Ronald C. Gentillon**
                                               **Ronald C. Gentillon**
                                               **Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Idaho

In re **Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC**,
Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 21, 2010**

Signature **/s/ Ronald C. Gentillon**
**Ronald C. Gentillon**
**Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of Idaho

In re: **Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 21, 2010**

**/s/ Ronald C. Gentillon**
**Ronald C. Gentillon**/**Member**
Signer/Title

```
20th Century Ford Chrysler
P.O. Box 988
Blackfoot, ID 83221-0988



Ag Com Financial
761 East Targhee Street
Saint Anthony, ID 83445



Ag Services
PO Box 627
Blackfoot, ID 83221-0627



Agco Finance LLC
P.O. Box 2000
Johnston, IA 50131-0020



Agricredit Acceptance Co.
P.O. Box 7902
Urbandale, IA 50322



Animal Health Clinic
231 Rich Lane
Blackfoot, ID 83221



Armtech
PO Box 69
Wolfforth, TX 79382



Bank of America
CA7-701-03-65
P.O. Box 2255
Brea, CA 92822-2255



Bank of America
Credit Card Services
P.O. Box 5270
Carol Stream, IL 60197-5270
```

```
Bank of America
Bankruptcy NC4-105-03-14
PO Box 26012
Greensboro, NC 27420




Bingham Co-Op
P.O. Box 887
Blackfoot, ID 83221-0887




Bingham County Treasurer
   and Tax Collector
501 North Maple #210
Blackfoot, ID 83221




Bingham Groundwater District
PO Box 1268
Blackfoot, ID 83221-1268




C.F.C., Inc.
1935 East Vine, No. 220
Salt Lake City, UT 84121




Cache Commodities
P.O. Box 387
Ogden, UT 84402-0387




Case Credit Corporation
P.O. Box 292
Racine, WI 53401-0292




Castle Concrete Co., Inc.
% Jack H. Robison, Esq.
PO Box 967
Pocatello, ID 83204-0967




Cedar Arch Dairy
710 East 600 North
Firth, ID 83236
```

```
Chase
Attn: Bankruptcy Department
PO Box 100018
Kennesaw, GA 30156


CNH Capital
P.O. Box 1083
Evansville, IN 47706


CNH Capital America
100 Brubaker Avenue
New Holland, PA 17557


Concrete Grooving
11593 South Fortuna Road
Yuma, AZ 85367


Discover Card
Attn: Bankruptcy Dept
P.O. Box 3025
New Albany, OH 43054-3025


Elanco Animal Health
622 Emerson Rd., Suite 150
Saint Louis, MO 63141


Farm Plan
P.O. Box 5328
Madison, WI 53705-0328


Frank Lampley
199 Springton Road
Glenmoore, PA 19343


GEMB / Cal Stores
PO Box 981438
El Paso, TX 79998
```

```
GEMB / Lowes
Attn: Bankruptcy Department
PO Box 103104
Roswell, GA 30076



Hatfield Manufacturing
1823 Shoestring Road
Gooding, ID 83330



HID Pest Control
PO Box 407
Heyburn, ID 83336-0407



Home Depot
PO Box 182676
Columbus, OH 43218-2676



HSBC Bank
P. O. Box 5253
Carol Stream, IL 60197



Idaho Ag Credit Association
188 West Judicial Way
P.O. Box 985
Blackfoot, ID 83221-0985



Idaho Department of Labor
317 West Main Street
Boise, ID 83735-0610



Idaho State Tax Commission
Bankruptcy Division
P.O. Box 36
Boise, ID 83722-2302



Intermountain Farmers Assoc
P.O. Box 30168
Salt Lake City, UT 84130
```

```
Intermountain Farmers Assoc
% Arnold Richer, Esq.
901 West Baxter Drive
South Jordan, UT 84095



Internal Revenue Service
Centralized Insolvency Dept
P.O. Box 21126
Philadelphia, PA 19114-0326



Internal Revenue Service
Special Procedures Function
550 West Fort St. MSC 041
Boise, ID 83724



Ireland Bank
2715 Poleline Road
P.O. Box 6039
Pocatello, ID 83205-6039



J. R. Simplot Company
1208 West 50 South
Blackfoot, ID 83221



J. R. Simplot Company
Attn:  Kay Jones
PO Box 354
Yakima, WA 98907



Jensen Aviation
PO Box 6
Pingree, ID 83262



K G Consultants
40 W Cache Valley Blvd, #7B
84341
```

```
Key Bank
Commercial Loan Services
PO Box 5278
Boise, ID 83705-5278



Key Bank
17 Corporate Woods Blvd
P.O. Box 22114
Albany, NY 12201-2114



Key Bank Nat'l  Association
% Randall A. Peterman, Esq.
P.O. Box 829
Boise, ID 83701-0829



Key Bank Nat'l Association
Special Assets Group
P.O. Box 2757
Boise, ID 83701



Key Bank Nat'l Association
Attn:  Lee Bean
501 West Broadway
Idaho Falls, ID 83402



Key Bank Nat'l Association
ID-MM- Blackfoot CBC
15 North Ash
Blackfoot, ID 83221



Knudsen Irrigation
2700 West 2100 South
Aberdeen, ID 83210



Knudsen Irrigation
% Ron Kerl, Esq.
PO Box 4229
Pocatello, ID 83205-4229
```

Land View, Inc.
P.O. Box 475
Rupert, ID 83350-0475



Land View, Inc.
% R. C. Stone, Esq.
PO Box 910
Burley, ID 83318-0910



Larsen Farms
P.O. Box 358
Dubois, ID 83423



Les Schwab Tires
990 West Bridge Street
Blackfoot, ID 83221



Lloyd Engberson
1879 East 1500 North
Terreton, ID 83450-5226



Lyon Financial
Manifest Funding Services
P.O. Box 5179
Sioux Falls, SD 57117-5179



McKenzie & McKenzie
102 North State Street, # 1
Preston, ID 83263



PRB Oil
PO Box 506
Blackfoot, ID 83221-0506



Rockin S Equipment
PO Box 127
San Ramon, CA 94583

Shelley Dairy Service
PO Box 517
Pingree, ID 83262


Snake River IBA
323 West 145 North
Idaho Falls, ID 83401


THD/CBSD
P.O. Box 6497
Sioux Falls, SD 57117


Twin Butte Dairy
% Ted Bingham
1656 West 200 North
Blackfoot, ID 83221


U S Bancorp
PO Box 580337
Minneapolis, MN 55458-0337


U. S. Attorney's Office
MK Plaza, Plaza IV
800 Park Boulevard Suite 600
Boise, ID 83712-9903


Wells Fargo
Businessline
P.O. Box 219
San Leandro, CA 94577


Wilbur Ellis
1101 North Argonne Rd, #213
Spokane, WA 99212


Yamaha Motor Corp
PO Box 15521
Wilmington, DE 19850

# United States Bankruptcy Court
### District of Idaho

In re: **Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 21, 2010**
Date

**/s/ Brent T. Robinson**
**Brent T. Robinson**
Signature of Attorney or Litigant
Counsel for **Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC**
**Robinson, Anthon & Tribe**
**615 H Street**
**P.O. Box 396**
**Rupert, ID 83350-0396**
**(208) 436-4717 Fax:(208) 436-6804**

**United States Bankruptcy Court**
**District of Idaho**

| | |
|---|---|
| In re **Udder Side Dairy, LLC, and Udder Side Dairy, LLC as successor by merger of Gentillon Farms, LLC**, Debtor | Case No. _____ Chapter **11** |

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date  **April 21, 2010**

**/s/ Brent T. Robinson 1932**
Signature of attorney
**Brent T. Robinson 1932**
**Robinson, Anthon & Tribe**
**615 H Street**
**P.O. Box 396**
**Rupert, ID 83350-0396**
**(208) 436-4717**