Brent T. Robinson, Esq.
ROBINSON ANTHON & TRIBE
Attorneys at Law
615 H Street
P. O. Box 396
Rupert, Idaho   83350
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
ISB #1932
btr@idlawfirm.com

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | Case No.  10-40661-JDP |
| ) | |
| UDDER SIDE DAIRY, LLC, and ) | |
| UDDER SIDE DAIRY, LLC, as ) | |
| successor by merger of ) | |
| Gentillon Farms, LLC, ) | |
| ) | |
| Debtor.                              ) | |

MOTION TO INCUR SECURED DEBT

COMES NOW the debtor in the above-entitled matter and, pursuant to 11 USC §363, moves the Court for an order authorizing debtor in possession to incur secured debt.  This motion is made and based upon the following facts:

1.  This motion is filed pursuant to 11 U.S.C. §364(c) and (d), seeking leave of this court to enter into a secured transaction as hereinafter described.

2.  The debtor, Udder Side Dairy, LLC, and Udder Side Dairy, LLC, as successor by merger of Gentillon Farms, LLC, is unable to obtain credit (except as hereinafter set forth) to plant, fertilize, cultivate and harvest  crop.

3. The debtor proposes to enter into a secured loan as follows:

a. Lender/Creditor: Cyprien Gentillon

b. Amount of Loan or Credit: not to exceed: $90,000

c. Purpose: to plant, fertilize, cultivate and harvest debtor's crop

d. Interest Rate/Terms of Credit: 6%

e. Date of Repayment:: Due and payable when the crop is sold or by no later than January 31, 2011

f. Collateral: A first and paramount lien against debtor's crops, including products and proceeds thereof, in compliance with UCC §9-402 (as amended effective 1/1/86).

d. Other parties in interest claiming an interest in the collateral: None

WHEREFORE, debtor prays for authorization from this Court to enter into the transaction above-described, and to grant to the lender a security interest in debtor's crops and proceeds, which security interest shall be superior to all other liens and encumbrances; to require the first mortgages (and all other creditors) to refrain from disturbing the debtor or the secured party in the planting, tilling, harvesting and marketing of the crop; and for such other relief as the Court deems proper in the premises.

DATED this 21st day of April, 2010.

ROBINSON ANTHON & TRIBE

By:/s/ Brent T. Robinson
Brent T. Robinson
Attorney for Debtor

Motion to Incur Secured Debt - 2