Brent T. Robinson, Esq.
ROBINSON ANTHON & TRIBE
Attorneys at Law
615 H Street
P. O. Box 396
Rupert, Idaho  83350-0396
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
Email address:  btr@idlawfirm.com
ISB # 1932

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:  ) | Case No.  10-40661-JDP |
| ) | (Chapter 11) |
| UDDER SIDE DAIRY, LLC, and  ) | |
| UDDER SIDE DAIRY, LLC, as  ) | |
| Successor by merger of  ) | |
| Gentillon Farms, LLC,  ) | |
| ) | |
| _____Debtor._____) | |

NOTICE OF HEARING

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the debtor has scheduled a hearing on the *Motion for Emergency and Continuing Use of Cash Collateral* and *Motion to Incur Secured Debt* before the United States Bankruptcy Court, 801 E Sherman, Pocatello, Idaho, on the **30th day of April, 2010, at the hour of 9:00 a. m**., or as soon thereafter as parties may be heard, and the **final hearing** on said motions has been scheduled for **May 12, 2010, at 9:30 a. m.**, or as soon thereafter as parties may be heard, at the United States Bankruptcy Court, 801 E Sherman, Pocatello, Idaho.

> Your rights may be affected.  You should read the motion carefully and discuss it with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then you or your attorney may:

File a response with the Bankruptcy Court and, at the same time, serve a copy of that response on debtor(s) c/o Brent T. Robinson.  You can attend the scheduled hearing and present your views or support your filed response at that time.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

DATED this  21st day of April, 2010.

                                  ROBINSON ANTHON & TRIBE


                                  By:/s/ Brent T. Robinson
                                      Brent T. Robinson