## Udder Side Diary, LLC

### Budget for First Two Weeks of May 2010

| **Expenses** | | |
|---|---:|---:|
| **Feed** | | $39,800.00 |
| 2 loads of corn—one 30 ton load per week (4 ton per day) | $12,000.00 | |
| 1 load of mineral (one load every 3 weeks) | $6,800.00 | |
| 1 load corn distillers (lasts 2 weeks) | $5,100.00 | |
| 1 load wheat mill (every Saturday) | $3,000.00 | |
| 1 load cotton seed (lasts 6 weeks) | $9,600.00 | |
| Hay | $6,000.00 | |
| **Salaries and Benefits** | | $19,000.00 |
| State Withholding | $559.00 | |
| **Family Living Draws** | | $5,267.00 |
| Ron and Vicki | $3,307.00 | |
| Clay's pickup | $260.00 | |
| Clint | $1,700.00 | |
| **Fuel for Dairy** | | $2,000.00 |
| **Maintenance and Repairs** | | $5,000.00 |
| **Utilities** | | $4,461.00 |
| Power | $3,800.00 | |
| Qwest | $190.00 | |
| Mobile telephone service | $471.00 | |
| **Dairy Supplies** | | $3,100.00 |
| **Veterinarian and Breeding** | | $250.00 |
| **Promotion and Administration** | | $2,206.00 |
| **Testing and Hoof Trimming** | | $0.00 |
| **Milk Hauling/Trucking** | | $2,250.00 |
| **Farm Supplies** | | $2,500.00 |
| **Insurance** | | $5,031.00 |
| Farm | $2,015.00 | |
| State Insurance Fund | $1,621.00 | |
| Workers Comp. | $1,395.00 | |
| **Legal and Accounting—Court Fee** | | $1,039.00 |
| **Farm Expenses** | | $63,000.00 |
| Seed | $35,000.00 | |
| Corn Fertilizer | $22,000.00 | |
| Farm Fuel | $6,000.00 | |
| **Land Rent** | | $4,100.00 |
| Velia | $1,600.00 | |
| LDS Church | $2,500.00 | |
| **Water Assessment** | | $13,200.00 |
| **Straw** | | $0.00 |



| | | |
|---|---|---|
| **Twin Buttes Dairy (Cows)** | | **$1,717.50** |
| **Taxes and Vehicle Licensing/Registration** | | **$1,914.00** |
| Unemployment Tax | $1514.00 | |
| Truck Licensing/Registration | $400.00 | |
| **Ag Com Financial (Cows)** | | **$591.50** |
| | | |
| | | |
| **TOTAL** | | **$176,427.00** |